No. 88–6222. BLYSTONE v. PENNSYLVANIA. Sup. Ct. Pa. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question II presented by the petition.

No. 88–1038. BERBERIAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 88–1109. CBC, INC. v. BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM. C. A. 10th Cir. Certiorari denied.

No. 88–1155. CROWN LIFE INSURANCE CO. v. GRIMES, INSURANCE COMMISSIONER OF OKLAHOMA AND RECEIVER FOR UNITED EQUITY LIFE INSURANCE CO., ET AL. C. A. 10th Cir. Certiorari denied.

No. 88–1272. H. K. PORTER CO., INC. v. UNITED STEELWORKERS OF AMERICA, AFL–CIO–CLC, ET AL. C. A. 11th Cir. Certiorari denied.

No. 88–1273. ARONOV v. SECRETARY OF REVENUE, NORTH CAROLINA DEPARTMENT OF REVENUE. Sup. Ct. N. C. Certiorari denied.

No. 88–1274. LARSEN v. PHILADELPHIA NEWSPAPERS, INC., ET AL. Super. Ct. Pa. Certiorari denied.

No. 88–1280. PENNSYLVANIA INDEPENDENT PETROLEUM PRODUCERS v. PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL RESOURCES ET AL. Sup. Ct. Pa. Certiorari denied.

No. 88–1286. CARTER ET AL. v. BROADLAWNS MEDICAL CENTER ET AL. C. A. 8th Cir. Certiorari denied.

No. 88–1288. PETTY v. OHIO. Ct. App. Ohio, Richland County. Certiorari denied.

No. 88–1289. HOWE v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.